01-15-00702-CV



# CHRIS DANIEL
## HARRIS COUNTY DISTRICT CLERK

**DATE 8/18/2015**

**NOTICE OF APPEALS**
**ASSIGNMENT OF COURT OF APPEALS**

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS

8/18/2015 11:08:20 AM

CHRISTOPHER A. PRINE
Clerk

**TO:**     **1ST COURT OF APPEALS**

**From:**     **Deputy Clerk: MICHELLE LOPEZ**
**Chris Daniel, District Clerk**
**Harris County, T E X A S**

**CAUSE:**     2009-09626

**VOLUME** _____ **PAGE** _____ **OR** **IMAGE #** UNKNOWN

**DUE** 10/12/2015     **ATTORNEY** PRO SE

**NOTICE OF APPEAL HAS BEEN ASSIGNED TO THE** 1ST

**DATE JUDGMENT SIGNED:** 8/13/2013

**REQUEST FOR FINDINGS OF FACT DATE FILED:** N/A

**REQUEST TRANSCRIPT DATE FILED** N/A

**NOTICE OF APPEAL DATE FILED** 8/13/2015

**NUMBER OF DAYS: ( CLERKS RECORD )** 120

**FILE ORDERED: YES** ☐ **NO** ☒ **IMAGED FILED: YES** ☒ **NO** ☐

**CODES FOR NOTICE OF APPEAL:** BC, C, OA

CHRIS DANIEL
Harris County, District Clerk

By: _/s/MICHELLE LOPEZ
**MICHELLE LOPEZ, Deputy**

**BC**     NOTICE OF APPEAL FILED
**BG**     NOTICE OF APPEAL FILED – GOVERNMENT
**C**     JUDGMENT BEING APPEALED
**D -**     ACCELERATED APPEAL
**OA**     NO CLERK'S RECORD REQUEST FILED
**O**     CLERK'S RECORD REQUEST FILED (W/NOTICE OF APPEAL)
**NA**     AMENDED NOTICE OF APPEAL

CONFIRMED FILE DATE: 8/13/2015

Patricia Melton

— VS

Walter F Salinas

In The Intrest of
alina Meriazel Salinas

2009-09626

2009-09626

Notice of
Appeal

In The 246th Judicial Dis
Family Court
Harris County Texas

FILED
Chris Daniel
District Clerk
AUG 13 2015
Time: 9:49
Harris County, Texas
By _____
Deputy

1st COA
1V

Now Comes Walter F Salinas and would like to make known That He wishes to appeal the Temporary Orders sign on 8-13-2015 Due to the Courts unfairness in this Matter

Father Walter F Salinas further would ask that Case be moved out of the 246th Court.

RECORDER'S MEMORANDUM
This instrument is of poor quality
at the time of imaging

Walter F Salinas
272 Park Place Blvd Apt H5
Houston Texas 77017
832- 817-2342

8 - 13 - 2015

```
JUC8H (NR4#)    JUSTICE INFORMATION MANAGEMENT SYSTEM    AUG 18, 2015(C1)
ACT50                    CIVIL COURT ACTIVITY              OPT: _____ - ACT
                           GENERAL INQUIRY                 PAGE:   1 -   10

CASE NUMBER: 200909626__  POST JUDGMENT NUMBER> __  CURRENT COURT: 246 PUB? _
CASE TYPE: FOCAS - CUSTODY_____ CASE STATUS: POST JUDGMENT_____
STYLE: MELTON, PATRICIA ANN_____ VS. SALINAS, WALTER FRANCISCO_____
           SEQ  ACT  PJN
   DATE    NUM  CODE           DESCRIPTION         PJN COURT INS>
_ 08/13/2015 51___ TINJX  A  ORDER SIGNED GRANTING TEMPORARY I 5_  246  31_
                              PGS: 6___ LCD: 08132015 CLERK: COLLINS, QUANDEL
_ 07/30/2015 50___ 15NT_  A  TEMPORARY HEARING COMPLETED _____ 5_  246  31_
                              LCD: 07302015 CLERK: COLLINS, QUANDEL
_ 07/30/2015 49___ 19NT_  A  RULING MADE - HEARING COMPLETE __ 5_  246  31_
                              LCD: 07302015 CLERK: COLLINS, QUANDEL
_ 07/30/2015 48___ 17NT_  A  EVIDENCE PRESENTED (BENCH HEARING 5_  246  31_
                              LCD: 07302015 CLERK: COLLINS, QUANDEL
_ 07/30/2015 47___ 16NT_  A  BENCH HEARING ASSIGNED _____ 5_  246  31_
                              LCD: 07302015 CLERK: COLLINS, QUANDEL

==> *** (49) RECORDS FOUND ***
1=NOTICE INQ  2=SETTING INQ 3=ACT ENTRY   4=PARTY INQ   5=MIN. INQ.
6=CASE. SUMM. 7=BACKWARD   8=FORWARD                 10=REFRESH   11=HELP
```

```
JUC8H (NR4#)      JUSTICE INFORMATION MANAGEMENT SYSTEM      AUG 18, 2015(C1)
INT6510                    CIVIL CASE INTAKE              OPT: _____ - INT
                         GENERAL PARTY INQUIRY            PAGE:   1 -    1

CASE NUM: 200909626__ PJN> __  TRANS NUM: _____ CURRENT COURT: 246 PUB? _
CASE TYPE: FOCAS - CUSTODY              CASE STATUS: POST JUDGMENT
STYLE: MELTON, PATRICIA ANN          VS SALINAS, WALTER FRANCISCO
========================================================================
                       **** ACTIVE PARTIES ****
  PJN  PER/CONN COC  BAR       PERSON NAME              PTY   ASSOC. ATTY
  NUM   NUMBER                                          STAT
_ 05 00017-0001 RES          SALINAS, WALTER FRANCISCO        PRO-SE
_ 05 00016-0001 REL 16685310 MELTON, PATRICIA ANN             REED, MARSHA
_ 04 00015-0001 RES 16685310 MELTON, PATRICIA ANN             REED, MARSHA
_ 04 00014-0001 REL          SALINAS, WALTER F                PRO-SE




==> (4) CONNECTION(S) FOUND
1=INACTIVE    2=ATY. INQ.   3=ACT.ENTRY   4=ISS. SERV.  5=DOC. INQ.
6=CASE INQ.   7=BACKWARD    8=FORWARD     9=PTY. ADDR. 10=REFRESH   11=HELP
```